UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:
Randall W. Burroughs
Leslie J Burroughs

Debtor (s)

Case No: 05-27053 DSO

Chapter: 7

## AFFIDAVIT OF CREDITOR

I, Michele K. Spear the undersigned deponent, being of legal age, do hereby depose and say as follows:

1. The Locator Services Group Ltd. of 280 Summer St., Ste. 701, Boston, MA 02210 has been granted a Limited Power of Attorney by me to submit an Application for Payment from Unclaimed Funds in the amount of $31,462.37, owing to Flagstar Bank as a creditor in the above referenced bankruptcy case.

2. My name, position with the company (if applicable), address and telephone is as follows:

Michele K. Spear, Senior Vice President
Flagstar Bancorp Inc.
5151 Corporate Drive
Troy, MI 48098
Telephone: 800-945-7700

3. To the best of my knowledge, I, (or the company that I represent) has neither previously received remittance for this claim nor have contracted any other party than The Locator Services Group Ltd. to recover these funds.

I affirm that the foregoing is true, under the penalties of perjury this 22 day of October, 2009.

Michele K. Spear
Michele K. Spear
Senior Vice President
Flagstar Bancorp Inc.

---

STATE OF Michigan

COUNTY OF Oakland

On this 22nd day of October, 2009 before me Michele K. Spear, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the with in instrument and acknowledged to me that he/she executed the same in her authorized capacity, and that by his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

Tarsha Nickerson
Signature

Affiant: Known ✓ or Produced ID____

Type of ID ____________

Place Notary Seal Here

TARSHA NICKERSON NOTARY PUBLIC OAKLAND COUNTY, MI

My commission expires: May 16, 2011

TARSHA NICKERSON
Notary Public, State of Michigan
County of Oakland
My Commission Expires May 16, 2011
Acting in ...

**LIMITED POWER OF ATTORNEY**
**LIMITED TO ONE TRANSACTION ONLY**

Flagstar Bancorp Inc appoints The Locator Services Group Ltd., acting through its General Counsel and staff, as its lawful attorney in fact for the sole purpose of recovering or obtaining a credit of unclaimed funds or an outstanding obligation held on behalf of Flagstar Bank in the amount of $31,462.37.

Flagstar Bancorp Inc grants its attorney in fact the authority to do all things reasonably necessary to recover or obtain credit of the unclaimed funds or outstanding obligation due to Flagstar Bank. Such acts shall include, but are not limited to: engaging in verbal or written communication with the holder of the funds or obligation; executing and filing all documents necessary to facilitate the payment or credit of the unclaimed funds or obligation; receiving written correspondence and all other documentation relevant to the payment or credit of the unclaimed funds or outstanding obligation; and receiving possession of the payment of these funds on behalf of Flagstar Bancorp Inc.

The Locator Services Group Ltd., as attorney in fact, may not make any expenditure or incur any costs on behalf of Flagstar Bank or Flagstar Bancorp Inc.

Signed this 14th day of August, 2009.

Flagstar Bancorp Inc

By: Michele K Spear

Print Name: Michele K Spear

Title: Sr. V.P.

Tax ID No. [redacted]0651 (corp)
(Required for identification purposes)
[redacted]4984 (Bank)

---

State of Michigan

County of Oakland

Before me Michele Spear personally appeared and acknowledged to me that he/she is the person(s) whose name(s) is subscribed within the instrument and acknowledged that the execution thereof to be his/her free act.

Notary Signature: [signature]

My Commission Expires: May 16, 2011

NOTARY SEAL

TARSHA NICKERSON
Notary Public, State of Michigan
County of Oakland
My Commission Expires May 16, 2011
Acting in the County of Oakland

TLSG Reference Number: 322Flagstar

Form **W-9**
(Rev. October 2007)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer Identification Number and Certification

**Give form to the requester. Do not send to the IRS.**

Print or type — See Specific Instructions on page 2.

Name (as shown on your income tax return)
Flagstar Bank

Business name, if different from above

Check appropriate box: ☐ Individual/Sole proprietor ☑ Corporation ☐ Partnership
☐ Limited liability company. Enter the tax classification (D=disregarded entity, C=corporation, P=partnership) ▶ -------
☐ Other (see instructions) ▶
☐ Exempt payee

Address (number, street, and apt. or suite no.)
5151 Corporate Drive

Requester's name and address (optional)

City, state, and ZIP code
Troy, MI 48098

List account number(s) here (optional)

## Part I Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on Line 1 to avoid backup withholding. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN* on page 3.

**Note.** If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number

or

Employer identification number
[redacted] : [redacted]4984

## Part II Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. citizen or other U.S. person (defined below).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. See the instructions on page 4.

**Sign Here** Signature of U.S. person ▶ [signature] Date ▶ 10/30/09

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

## Purpose of Form

A person who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee. If applicable, you are also certifying that as a U.S. person, your allocable share of any partnership income from a U.S. trade or business is not subject to the withholding tax on foreign partners' share of effectively connected income.

**Note.** If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.

**Definition of a U.S. person.** For federal tax purposes, you are considered a U.S. person if you are:

- An individual who is a U.S. citizen or U.S. resident alien,
- A partnership, corporation, company, or association created or organized in the United States or under the laws of the United States,
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7).

**Special rules for partnerships.** Partnerships that conduct a trade or business in the United States are generally required to pay a withholding tax on any foreign partners' share of income from such business. Further, in certain cases where a Form W-9 has not been received, a partnership is required to presume that a partner is a foreign person, and pay the withholding tax. Therefore, if you are a U.S. person that is a partner in a partnership conducting a trade or business in the United States, provide Form W-9 to the partnership to establish your U.S. status and avoid withholding on your share of partnership income.

The person who gives Form W-9 to the partnership for purposes of establishing its U.S. status and avoiding withholding on its allocable share of net income from the partnership conducting a trade or business in the United States is in the following cases:

- The U.S. owner of a disregarded entity and not the entity,



**Michele K. Spear**
*Senior Vice President*
*Chief Compliance Officer*
*Associate General Counsel*

5151 Corporate Drive
Troy, MI 48098-2639
Office: (248) 312-5007
Toll Free: (800) 945-7700
eFax: (877) 471-2571
michele.k.spear@flagstar.com


FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

# National Information Center

A repository of financial data and institution characteristics collected by the Federal Reserve System

NIC Home | Institution Search | FBO Search | Top 50 BHCs

BHCPR Peer Reports | FAQ

Organization Hierarchy | Institution History | Institutions Acquired | Branch Locator

**FLAGSTAR BANK, FSB**
5151 CORPORATE DRIVE
TROY, MI, UNITED STATES 48098

Institution Type: Federal Savings Bank

Primary Federal Regulator: OTS

RSSD ID: 146672
Routing Transit Number (RTN): 272471852
Activity: SAVINGS INSTITUTIONS

Insurance: FDIC/DEPOSIT INSURANCE FUND
FDIC Certificate #: 32541

**Financial Data**

This site does not provide financial data for this institution. Please visit the FDIC's site for financial data.

NIC Home | FAQ | Help | Contact Us

Report created: 8/24/2009

FLAGSTAR BANCORP, INC. (3852022)

as of 08/24/2009

Hierarchy report with the following institution types: Commercial Bank, Cooperative Bank, Credit Union, Edge/Agreement Corporation, Financial Holding Company, Holding Company, Industrial Bank, Insurance Co. Broker/Agent/Underwriter, Nondepository Trust Company, Other Company, Savings Bank, Savings and Loan Association, and the Securities Broker/Dealer/Underwriter

| Seq Num | Name (RSSD ID) | Parent Seq | City | State or Country | Entity Type |
|---|---|---|---|---|---|
| 1 | * FLAGSTAR BANCORP, INC. (3852022) | | TROY | MI | Domestic Entity Other |
| 2 | -* ^ FLAGSTAR BANK, FSB (146672) | 1 | TROY | MI | Federal Savings Bank |

**Total Records: 2**

* Institutions Matching Selection Rule.

+ For purposes of Regulation Y, the top-tier reporter's ownership level in this banking organization does not meet the definition of "control"; however, the ownership level does meet the FY Y-10/10F reportability criteria as this banking relationship is regulated by the Federal Reserve.

^ Although this relationship is not governed by U.S. banking statutes, it is included because it is of interest to the Federal Reserve.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:
BURROUGHS, RANDALL W.
BURROUGHS, LESLIE J.

Case No. 05-27053 DSO
Chapter 7
HON. DANIEL S. OPPERMAN

Debtor(s). /

**NOTICE OF UNCLAIMED DIVIDENDS**

**TO: CLERK OF THE COURT**

The attached checks represent the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 347(a). The name(s) and address(es) of the party(ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Dividend |
|---|---|---|
| FLAGSTAR BANK | 12 | $31,462.37 |
| | **TOTAL** | $31,462.37 |

Dated: June 15, 2009

/s/ **DANIEL C. HIMMELSPACH**
DANIEL C. HIMMELSPACH, Trustee
916 Washington, Ste. 305
Bay City, MI 48708
(989) 892-0400
trusteehimmelspach@sbcglobal.net